UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES SPARKS an individual;
TIFFANY SPARKS, an individual,

Plaintiffs,

v.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

Defendants.

2:10-CV-1014 JCM (LRL)

**ORDER**

Presently before this court is defendant American Home Mortgage Servicing, Inc.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. #5). Pursuant to the filing of this motion, the court clerk issued a notice (doc. #5) indicating that plaintiff's response was due on July 18, 2010. On July 29, 2010, the court granted a stipulation (doc #9), extending plaintiff's time to respond until August 11, 2010.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissing the action, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v.*

**James C. Mahan**
**U.S. District Judge**

1  *Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

2      A review of the file indicates that as of September 3, 2010, the plaintiff has failed to respond
3  to defendant's motion to dismiss. Weighing the factors identified in *Ghazali*, the court finds
4  dismissal appropriate.

5      Accordingly,

6      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed
7  for failure of the plaintiff to file a timely response pursuant to Local Rule 7-2(b) and defendant
8  American Home Mortgage Servicing, Inc.'s motion to dismiss (doc. #5) is GRANTED.

9      DATED September 15, 2010.

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -